UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARY T. FERNANDEZ, | ) | No. ED CV 09-00424-VBK |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | ) | |
| Defendant. | ) | |

   **IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

   **IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: __October 16, 2009__          _____/s/_____
                                     VICTOR B. KENTON
                                     UNITED STATES MAGISTRATE JUDGE